UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-61103-LENARD/GOODMAN

ELSA CUEVAS and all others similarly )
situated under 29 U.S.C. 216(b), )
                                                    )
            Plaintiff, )
   vs. )
                                                    )
CRAIG D GREENBERG, )
AMELIA BERMAN a/k/a AMELIA )
GREENBERG a/k/a AIMEE GREENBERG )
                                                    )
            Defendants. )
_____

## **STATEMENT OF CLAIM**

Period Claimed: 10/10/14-6/15/15
Weeks: 34 (Rounded Down)
Hours Worked Per Week: 110
Federal Minimum Wage: $7.25/hr
Wage Paid: $4.16/hr
Wage Owed: $3.06
Amount Owed: 3.06 x 110 hr x 34 weeks = $11,444.40
Liquidated Damages: $11,444.40 x 2 = 22,888.80
Plus Costs and Reasonable Attorneys' Fees

Period Claimed: 6/16/15-5/14/16
Weeks: 47 (Rounded Down)
Hours Worked Per Week: 70
Minimum Wage: $7.25/hr
Wage Paid: $7.14
Wage Owed: $0.11
Amount Owed: 70 hr x 47 weeks x $0.11
Damages: $361.90
Liquidated Damages: $361.90

**Total Claim: $23612.80 Plus Costs and Reasonable Attorneys' Fees**

Respectfully Submitted,

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
 Fax: (305) 865-7167
*Attorneys for Plaintiff*

By:  /s/ Joshua H. Sheskin
Joshua H. Sheskin, Esq.
Jsheskin.jhzidellpa@gmail.com
Florida Bar Number: 93028

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on June 09, 2016.

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
 Fax: (305) 865-7167
*Attorneys for Plaintiff*

By:  /s/ Joshua Sheskin
Joshua H. Sheskin, Esq.
Jsheskin.jhzidellpa@gmail.com
Florida Bar Number: 93028